

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on July 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   DOUGLAS G. RODGERS
   GRACE A. RODGERS

Case No.:  18-26037 VFP

Hearing Date:  7/18/2019

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 25, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s): DOUGLAS G. RODGERS
GRACE A. RODGERS

Case No.: 18-26037

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 07/18/2019 on notice to JOSHUA HUMPHRIES, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.