Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26037−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Douglas G. Rodgers                                         Grace A. Rodgers
   177 Boulevard                                                  177 Boulevard
   Pompton Plains, NJ 07444                     Pompton Plains, NJ 07444

Social Security No.:
   xxx−xx−0590                                                    xxx−xx−7689

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/5/20 at 10:00 AM

to consider and act upon the following:

*43* − Creditor's Certification of Default (related document:36 Motion for Relief from Stay re: 177 Blvd Blvd, Pompton Plains, NJ 07444. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Shauna M Deluca on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 10/15/2020. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Deluca, Shauna)

*44* − Certification in Opposition to (related document:43 Creditor's Certification of Default (related document:36 Motion for Relief from Stay re: 177 Blvd Blvd, Pompton Plains, NJ 07444. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Shauna M Deluca on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 10/15/2020. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Warren D. Levy on behalf of Douglas G. Rodgers, Grace A. Rodgers. (Attachments: # 1 Certificate of Service) (Levy, Warren) Modified text on 10/16/2020 (lc).

Dated: 10/16/20

                                                                      Jeanne Naughton
                                                                       Clerk, U.S. Bankruptcy Court