UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Shauna Deluca, Esq. (SD-8248)

Order Filed on December 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Douglas G. Rodgers,**

    Debtor.

**Grace A. Rodgers,**

    Joint Debtor.

Case No.:   18-26037-VFP

Chapter:    13

Hearing Date: November 5, 2020

Judge:      Vincent F. Papalia

## AGREED ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: December 3, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Secured Creditor: Nationstar Mortgage LLC d/b/a Mr. Cooper

Secured Creditor's Counsel: RAS Citron, LLC

Debtors' Counsel: Warren D. Levy, Esq.

Property Involved ("Collateral"): 177 Blvd Blvd, Pompton Plains, NJ 07444

Relief sought:    ■ Certification of Default

For good cause shown, it is **ORDERED** that Secured Creditor's Certification(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages as of **October 21, 2020**:

    ■ The Debtor is overdue for 1 month from November 1, 2020.

    ■ The Debtor is overdue for 1 payment from November 1, 2020 at $2,037.38 per month.

    Funds Held In Suspense $640.85.

    Total Arrearages Due $1,396.53.

2. Debtor must cure all post-petition arrearages, as follows:

    ■ The Debtor shall pay the remaining balance of the amount owed for the November 2020 payment in the amount of $1,396.53 directly to Secured Creditor within 30 days of November 1, 2020.

    ■ Beginning on December 1, 2020, regular monthly mortgage payments shall continue to be made in the amount of $2,037.38. This amount is subject to change based on escrow and/or interest rate adjustments.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ■ Regular monthly payment:    Nationstar Mortgage LLC d/b/a Mr. Cooper
    Attn: Bankruptcy Dept
    PO Box 619094
    Dallas, TX 75261-9741

    ■ Lump-Sum payment:    Nationstar Mortgage LLC d/b/a Mr. Cooper
    Attn: Bankruptcy Dept
    PO Box 619094
    Dallas, TX 75261-9741

4. In the event of Default:
    ■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification of Default

with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

■ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

5. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00 and costs of $181.00.
The fees and costs are payable:
■ Through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order.

_____         /s/ Shauna Deluca_____
Warren D. Levy, Esq.                   Shauna Deluca, Esq.
*Attorney for Debtors*                 *Attorney for Secured Creditor*
Date:  12/2/2020                       Date: October 28, 2020

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                     Case No. 18-26037-VFP
Douglas G. Rodgers                                                                                          Chapter 13
Grace A. Rodgers
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 03, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

**Recip ID          Recipient Name and Address**
db/jdb          + Douglas G. Rodgers, Grace A. Rodgers, 177 Boulevard, Pompton Plains, NJ 07444-2035

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

**Name                          Email Address**

Denise E. Carlon
                        on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Kevin Gordon McDonald
                        on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Laura M. Egerman
                        on behalf of Creditor Federal National Mortgage Association bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Marie-Ann Greenberg
                        magecf@magtrustee.com

Phillip Andrew Raymond
                        on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Shauna M Deluca

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: pdf903 | Total Noticed: 1 |

                on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@rasflaw.com

Sindi Mncina
                on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@rascrane.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

Warren D. Levy
                on behalf of Joint Debtor Grace A. Rodgers jday@keaveneylegalgroup.com
                jdimaggio@keaveneylegalgroup.com;r46514@notify.bestcase.com

Warren D. Levy
                on behalf of Debtor Douglas G. Rodgers jday@keaveneylegalgroup.com
                jdimaggio@keaveneylegalgroup.com;r46514@notify.bestcase.com

TOTAL: 10