| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on July 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| Warren Levy, Esq.<br>NJ ID 032181989<br>Keaveney Legal Group<br>1000 Maplewood Drive<br>Suite 202<br>Maple Shade, NJ  08052<br>Telephone:  (856) 831-7119<br>Facsimile:  (856) 282-1090<br>jday@keaveneylegalgroup.com<br>Attorney for Debtor(s) | |
| In Re:<br><br>Douglas & Grace Rodgers<br><br>Debtor(s) | Case No.:  18-26037-VFP<br><br>Chapter:  13<br><br>Judge:  Papalia |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 16, 2021**

_____
**H**onorable Vincent F. Papalia
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Warren Levy, Esquire_____, the applicant, is allowed a fee of $ ____1,200____ for services rendered and expenses in the amount of $____0____ for a total of $____1,200____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $____N/A____ per month for ____N/A____ months to allow for payment of the above fee.

*rev.8/1/15*