-----Original Message-----
From: Chapter 13 Bankruptcy Trustee, Marie-Ann Greenberg <EpayQuestions@magtrustee.com>
To: gracerodgers9@aol.com
Sent: Mon, Sep 26, 2022 2:46 pm
Subject: Online ePay Payment Center – Payment Submitted

**grace rodgers**

Thank you for making an online ePay plan payment for your Chapter 13 Bankruptcy case. The payment has been submitted for processing and will be confirmed after 5pm Eastern Standard Time. The details regarding the payment are below. If you would like to verify that your payment has been received and credited to your bankruptcy case, please visit www.NDC.ORG in approximately 4 business days. Any questions regarding your case should be directed to your attorney. HOLD POLICY If your case is dismissed, completed or converted following any payment received by the trustee using this ePay system, no such funds will be refunded to you until at least sixty (60) calendar days have passed since the payment receipt, less any applicable fees, charges, adequate protection payments or the like. NSF POLICY If any debit entry to your checking/savings account is returned as insufficient or for stop payment then you understand your access to this system may be revoked and you may no longer be eligible to initiate payments using this system.

**Your account will be debited $ 1,764.00 on the 27 Sep 2022**

| | |
|---|---|
| **Online Payment ID:** | |
| Payment Confirmation Number: | 8730420 |
| Payment Type: | Single Payment |
| Payment Entered Date: | 26 Sep 2022 |
| Payment Date: | 26 Sep 2022 |
| Payment Effective Date: | 27 Sep 2022 |
| Payment Amount: | $ 1,762.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 1,764.00** |

*Please note that this payment will be shown as two separate debits on your account, in the amounts of $ 1,762.00 and $ 2.00*