UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Warren D. Levy
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
800-219-0939
Email: atruss@keaveneylegalgroup.com

In Re:

Douglas G. Rodgers
Grace A. Rodgers

Debtors

Case No.:     18-26037-VFP

Judge:     Vincent F. Papalia

Chapter:     13

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by     Nationstar Mortgage LLC    ,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

Debtor will made another payment on 10/7/22 and 10/31/22. Two payments were made on 9/30/22

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10-3-22

Debtor's Signature

Date: 10/3/2022

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

**Amy Truss**

| | |
|---|---|
| **From:** | Grace Rodgers <gracerodgers9@aol.com> |
| **Sent:** | Tuesday, October 4, 2022 9:48 AM |
| **To:** | Amy Truss |
| **Subject:** | Fwd: Payment Confirmation for Mortgage Payment initiated by Agent |

**[This email originated from outside of your organization. Do not click links or open attachments unless you were expecting the message and know the content is safe.]**

Sent from my iPhone

Begin forwarded message:

> **From:** Gregory Funding <noreply@payconnexion.com>
> **Date:** September 30, 2022 at 7:16:41 PM EDT
> **To:** gracerodgers9@aol.com
> **Subject: Payment Confirmation for Mortgage Payment initiated by Agent**

*** PLEASE DO NOT RESPOND TO THIS EMAIL ***

Thank you for submitting your payment for Mortgage Payment initiated by Agent. This email is to confirm that on Sep-30-2022, you authorized Gregory Funding to debit the bank account listed below on the scheduled payment date.

| | |
|---|---|
| Confirmation Number: | GRERES003447831 |
| Confirmation Date (ET): | Sep-30-2022 06:44:55 PM |
| Payer Name: | Douglas Rodgers |
| Amount Due: | $2,179.71 |
| Payment Due Date: | Jan-01-2022 |
| Payment Amount Debited: | $2,179.71 |
| Monthly Installment : | $2,120.02 |
| Loan Number : | 344710-681 |
| Scheduled Payment Date: | Sep-30-2022 |
| Account Nickname: | lakeland bank |

1

| | |
|---|---|
| **Bank Routing Number:** | ███████████ |
| **Bank Account Number:** | XXXXXXXXXXXXX2960 |
| **Bank Account Type:** | Checking |
| **Bank Account Category:** | Consumer |

If you have questions about this payment or need assistance, please view the payment online at [http://www.gregoryfunding.com/](http://www.gregoryfunding.com/), or call Customer Service at (866) 712-5698.

Thank you for using the Gregory Funding electronic payment system.

2

**Amy Truss**

| | |
|---|---|
| **From:** | gracerodgers(@aol.com <gracerodgers9@aol.com> |
| **Sent:** | Thursday, September 29, 2022 8:39 PM |
| **To:** | Rodgers, Grace |
| **Subject:** | [EXT]:Fwd: Payment Confirmation for Mortgage Payment initiated by Agent |

-----Original Message-----
From: gracerodgers(@aol.com <gracerodgers9@aol.com>
To: gracerodgers(@aol.com <gracerodgers9@aol.com>
Sent: Thu, Sep 29, 2022 3:45 pm
Subject: Fwd: Payment Confirmation for Mortgage Payment initiated by Agent

-----Original Message-----
From: Gregory Funding <noreply@payconnexion.com>
To: gracerodgers9@aol.com
Sent: Fri, May 27, 2022 4:15 pm
Subject: Payment Confirmation for Mortgage Payment initiated by Agent

\*\*\* PLEASE DO NOT RESPOND TO THIS EMAIL \*\*\*

Thank you for submitting your payment for Mortgage Payment initiated by Agent. This email is to confirm that on May-27-2022, you authorized Gregory Funding to debit the bank account listed below on the scheduled payment date.

| | |
|---|---|
| **Confirmation Number:** | GRERES003379599 |
| **Confirmation Date (ET):** | May-27-2022 04:14:02 PM |
| **Payer Name:** | Douglas Rodgers |
| **Amount Due:** | $2,179.71 |
| **Payment Due Date:** | Aug-01-2021 |
| **Payment Amount Debited:** | $2,179.71 |
| **Monthly Installment :** | $2,120.02 |
| **Loan Number :** | 344710-681 |
| **Scheduled Payment Date:** | Jun-30-2022 |
| **Account Nickname:** | lakeland bank |
| **Bank Routing Number:** | ▇▇▇▇▇▇▇▇ |

1

| | |
|---|---|
| **Bank Account Number:** | XXXXXXXXXXXXX2960 |
| **Bank Account Type:** | Checking |
| **Bank Account Category:** | Consumer |

If you have questions about this payment or need assistance, please view the payment online at http://www.gregoryfunding.com/, or call Customer Service at (866) 712-5698.

Thank you for using the Gregory Funding electronic payment system.

2