Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26037−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas G. Rodgers
177 Boulevard
Pompton Plains, NJ 07444

Grace A. Rodgers
177 Boulevard
Pompton Plains, NJ 07444

Social Security No.:
xxx−xx−0590

xxx−xx−7689

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/3/22 at 10:00 AM

to consider and act upon the following:

**66** − Creditor's Certification of Default (related document:43 Creditor's Certification of Default filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Robert P. Saltzman on behalf of Ajax Mortgage Loan Trust 2021−G, Mortgage−Backed Securities, Series 2021−G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC. Objection deadline is 10/4/2022. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert)

**71** − Certification in Opposition to Certification of Default (related document:66 Creditor's Certification of Default (related document:43 Creditor's Certification of Default filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Robert P. Saltzman on behalf of Ajax Mortgage Loan Trust 2021−G, Mortgage−Backed Securities, Series 2021−G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC. Objection deadline is 10/4/2022. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert) filed by Creditor Ajax Mortgage Loan Trust 2021−G, Mortgage−Backed Securities, Series 2021−G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC) filed by Warren D. Levy on behalf of Douglas G. Rodgers, Grace A. Rodgers. (Levy, Warren)

Dated: 10/5/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court