Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26037−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas G. Rodgers　　　　　　　　　　　　　Grace A. Rodgers
177 Boulevard　　　　　　　　　　　　　　　　177 Boulevard
Pompton Plains, NJ 07444　　　　　　　　　　Pompton Plains, NJ 07444

Social Security No.:
 xxx−xx−0590　　　　　　　　　　　　　　　　xxx−xx−7689

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/3/22 at 10:00 AM

to consider and act upon the following:

**67** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/5/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

**69** − Certification in Opposition to Trustee's Certification of Default (related document:67 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/5/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Warren D. Levy on behalf of Douglas G. Rodgers, Grace A. Rodgers. (Levy, Warren)

Dated: 10/5/22

　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court