Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26037−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Douglas G. Rodgers | Grace A. Rodgers |
| 177 Boulevard | 177 Boulevard |
| Pompton Plains, NJ 07444 | Pompton Plains, NJ 07444 |

Social Security No.:
  xxx−xx−0590                                xxx−xx−7689

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/3/22 at 10:00 AM

to consider and act upon the following:

**66** − Creditor's Certification of Default (related document:43 Creditor's Certification of Default filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Robert P. Saltzman on behalf of Ajax Mortgage Loan Trust 2021−G, Mortgage−Backed Securities, Series 2021−G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC. Objection deadline is 10/4/2022. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert)

**71** − Certification in Opposition to Certification of Default (related document:66 Creditor's Certification of Default (related document:43 Creditor's Certification of Default filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Robert P. Saltzman on behalf of Ajax Mortgage Loan Trust 2021−G, Mortgage−Backed Securities, Series 2021−G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC. Objection deadline is 10/4/2022. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert) filed by Creditor Ajax Mortgage Loan Trust 2021−G, Mortgage−Backed Securities, Series 2021−G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC) filed by Warren D. Levy on behalf of Douglas G. Rodgers, Grace A. Rodgers. (Levy, Warren)

Dated: 10/5/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 18-26037-VFP

Douglas G. Rodgers     Chapter 13

Grace A. Rodgers

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Oct 05, 2022     Form ID: ntchrgbk     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas G. Rodgers, Grace A. Rodgers, 177 Boulevard, Pompton Plains, NJ 07444-2035 |
| cr | + | Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed S, PO Box 230579, Tigard, OR 97281-0579 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Oct 05 2022 20:36:00 | Federal National Mortgage Association, Robertson, Anschutz & Schneid P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2022 at the address(es) listed below:

**Name**     **Email Address**

Denise E. Carlon
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Kevin Gordon McDonald
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

| | |
|---|---|
| Laura M. Egerman | on behalf of Creditor Federal National Mortgage Association bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Robert P. Saltzman | on behalf of Creditor Ajax Mortgage Loan Trust 2021-G Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org |
| Shauna M Deluca | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@hasbanilight.com hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren D. Levy | on behalf of Joint Debtor Grace A. Rodgers atruss@keaveneylegalgroup.com r46514@notify.bestcase.com;3295273420@filings.docketbird.com;casedriverecf@casedriver.com;atruss@KeaveneyLegalGroup.com;ccassie@KeaveneyLegalGroup.com;kmasker@KeaveneyLegalGroup.com |
| Warren D. Levy | on behalf of Debtor Douglas G. Rodgers atruss@keaveneylegalgroup.com r46514@notify.bestcase.com;3295273420@filings.docketbird.com;casedriverecf@casedriver.com;atruss@KeaveneyLegalGroup.com;ccassie@KeaveneyLegalGroup.com;kmasker@KeaveneyLegalGroup.com |

TOTAL: 11