**STUART H. WEST, ESQUIRE**
**PLUESE, BECKER & SALTZMAN, LLC**
**Attorneys at Law**
SW8474
**20000 Horizon Way, Suite 900**
**Mount Laurel, NJ  08054**
(856) 813-1700                                                    **UNITED STATES BANKRUPTCY COURT**
**Attorneys for the Mortgagee**                      **FOR THE DISTRICT OF NEW JERSEY**
<u>**File No. 107408B**</u>

| | | |
|---|---|---|
| **In re:** | : | **PROCEEDINGS UNDER BANKRUPTCY CODE** |
| **Douglas G. Rodgers** | : | |
| **Grace A. Rodgers** | | **CASE NO. 18-26037-VFP** |
| | : | **CHAPTER 13** |
| **Debtors** | : | |

Honorable Vincent F. Papalia, U.S.B.J.
United States Bankruptcy Court
Newark, New Jersey

RE:     Douglas G. Rodgers and Grace A. Rodgers
           Chapter 13 Case No. 18-26037-VFP

Dear Judge Papalia:

As the Court's file should reflect, the undersigned represents the Mortgagee, Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee,  regarding the above-referenced matter.

Please accept this confirmation of our email correspondence with Juan Filgueiras of Your Honor's Chambers regarding our office's request to re-list the Motion to Vacate Order Granting Relief from the Automatic Stay.  Our office is requesting that the Motion be re-listed to the next Hearing date available.

Thank you for Your Honor's consideration of this matter.


Respectfully Submitted,


Pluese, Becker & Saltzman, LLC


BY:      <u>/s/ Stuart H. West         </u>
            Stuart H. West, Esquire


SW/dlc