UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on April 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

ORDER RESOLVING MORTGAGEE'S OBJECTION TO DEBTORS' MOTION TO RE-IMPOSE THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: April 24, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtors: Douglas G. Rodgers and Grace A. Rodgers
Case No. 18-26037-VFP
Caption of Order: Order Resolving Mortgagee's Objection to Debtors' Motion to Re-Impose the Automatic Stay

      This matter having come before the Court on the Mortgagee's Objection to the Debtor's motion to reinstate the stay as to the Mortgagee; and the Debtors, by and through counsel, Keaveney Legal Group, LLC, Chris Cassie, appearing, and the Mortgagee, Ajax Mortgage Loan Trust 2021-G Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee, by and through counsel, Pluese, Becker & Saltzman, LLC, Stuart H. West appearing, having been heard by the Court and the Court having reviewed the pleadings filed herein, and for good cause, IT is hereby, ORDERED as follows:

1. Debtors' Motion to Re-Impose the Automatic Stay as to the Mortgagee is GRANTED.

2. The Debtors submitted sufficient funds to become post-Petition current through March, 2023.

3. If the Debtors do not make any regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors and the Debtors' attorney.